No. —, ORIGINAL. *Ex parte:* IN THE MATTER OF THOMAS E. BARRETT, PETITIONER; No. —, Original. *Ex parte:* IN THE MATTER OF JOHN P. DOLAN, PETITIONER; and No. —, ORIGINAL. *Ex parte:* IN THE MATTER OF FRANK GARRETT, PETITIONER. Submitted January 3, 1905. Decided January 9, 1905. Motions for leave to file petitions for writs of *habeas corpus* denied. *Mr. Chester H. Krum* and *Mr. James L. Minnis* for petitioners.

---

No. 140. NG HONG LI, APPELLANT, *v.* THE UNITED STATES. Appeal from the District Court of the United States for the Eastern District of New York. Argued January 20, 1905. Decided January 23, 1905. *Per Curiam.* Judgment affirmed on the authority of *Ah How* v. *United States,* 193 U. S. 65, and cases cited. *Mr. Max J. Kohler* for appellant. *The Attorney General* and *Mr. Assistant Attorney General Robb* for appellee.